**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>vs.<br><br>Dennis Mahon and Daniel Mahon,<br><br>  Defendant. | No. CR09-0712 PHX-DGC<br><br>**ORDER** |

The Court held a status conference with the parties on November 4, 2011. The following decisions were made:

1. The Court will hold a hearing on all pending motions in limine on **November 23, 2011 at 3:00 p.m.** Responses to motions in limine shall be filed on **November 18, 2011**.

2. The final pretrial conference will begin on **December 15, 2011 at 1:30 p.m.** The entire day of December 16, 2011 will also be available, if needed.

3. Defendants' statements contained in transcripts will be disclosed by the government on **November 18, 2011**. All other Rule 16 disclosures of Defendants' statements will be made by the government on **December 2, 2011**. The Court will take under advisement Defendants' suggestion that the government should be required to disclose, before trial, statements not covered by Rule 16.

4. The Court will issue an order identifying the deadline for submitting

proposed voir dire, jury instructions, verdict forms, and other matters prior to the final pretrial conference.

Dated this 9th day of November, 2011.

_____
David G. Campbell
United States District Judge